Argued and submitted June 9, 2009, reversed and remanded January 27, 2010

In the Matter of the Compensation of
Anthony D. Cayton, Claimant.

Anthony D. CAYTON,
*Petitioner,*

*v.*

SAFELITE GLASS CORPORATION,
*Respondent.*

Workers' Compensation Board
0600923; A134879

225 P3d 149

Ronald A. Fontana argued the cause for petitioner. With him on the briefs was Fontana & Takaro, P.C.

Benjamin Debney argued the cause for respondent. On the brief was Steven T. Maher.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Rosenblum, Judge.

PER CURIAM

Reversed and remanded. *Cayton v. Safelite Glass Corporation*, 232 Or App 454, 222 P3d 1134 (2009).